■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN CASARRUBIA, Appellant. [986 NYS2d 344]—Appeal by the defendant from a judgment of the Supreme Court, Queens

County (Blumenfeld, J.), rendered May 29, 2012, convicting him of menacing in the second degree and criminal mischief in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his challenge to the legal sufficiency of the identification evidence (*see* CPL 470.05 [2]; *People v Aviles*, 87 AD3d 547 [2011]; *People v Chardon*, 83 AD3d 954, 956 [2011]; *People v Rivera*, 78 AD3d 969 [2010]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that the evidence was legally sufficient to establish the defendant's identity as one of the perpetrators. Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Austin, Roman and Hinds-Radix, JJ., concur.